IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM M. LEMMON, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-3461-CV-S-REL-SSA |
| | ) | |
| JO ANNE BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That plaintiff's motion for summary judgment is denied.

    That the decision of the Commissioner is affirmed.

                                                    P. L. Brune, Clerk

                                                    /s/ Sue Anderson-Porter

Date: March 31, 2006                         By Sue Anderson-Porter
                                                       Deputy Clerk